# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albert, Theodor C. | U.S. Bankruptcy Court | 06/18/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

411 W. Fourth Street
Santa Ana, CA 92701-4593
Suite 5085

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Old Towne Preservation Association (see Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Albert, Theodor C.** | 06/18/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Chapman University, Fowler School of Law | $6,450.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/18-12/18 | periodic partner draws from her lawfirm Gaskell&Brown LLP, which in approximately 4/18 became Gaskell &Associates APC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 2018 | Squaw Creek, California | annual conference | two nights lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | credit card balance | K |
| 2. Wells Fargo | credit card balance | J |
| 3. Macy's credit | credit card balance | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Georgia Dover Educ. Trust #2 | A | Dividend | L | T | Distributed (part) | 04/01/18 | J | | |
| 2. -Washington Mutual Investors Fund | A | Interest | L | T | Distributed (part) | 04/01/18 | J | | |
| 3. -Learning Quest | A | Interest | J | T | Distributed (part) | 04/01/18 | J | | |
| 4. Bank of America checking | A | Interest | J | T | | | | | |
| 5. Wells Fargo Checking (see Part VIII) | A | Interest | J | T | | | | | |
| 6. Wells Fargo Checking (see Part VIII) | A | Interest | J | T | | | | | |
| 7. Simple IRA Wells Fargo Advisors | A | Interest | K | T | | | | | |
| 8. Wells Fargo Advisors #1 header | | | | | | | | | |
| 9. -Wells Fargo Cash deposit | A | Interest | J | T | | | | | |
| 10. -BP PLC Spons ADR | A | Dividend | J | T | | | | | |
| 11. -Darden Restaurants | A | Dividend | J | T | | | | | |
| 12. -Frontier Communications | A | Dividend | J | T | | | | | |
| 13. -General Electric Corp. | A | Dividend | J | T | | | | | |
| 14. -General Electric Corp. | | | J | T | Buy (add'l) | 06/26/18 | K | | |
| 15. -New York Community Bancorp. | A | Distribution | J | T | | | | | |
| 16. -Morgan Stanley Fix/Float CPA Note | A | Interest | J | T | | | | | |
| 17. -Morgan Stanley Fix/Float | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -U.S. Treasury Bond | A | Interest | J | T | | | | | |
| 19. | -Aberdeen Asia Pacific Fund | B | Dividend | J | T | | | | | |
| 20. | -Aberdeen Asia Pacific Fund | | | J | T | Sold<br>(part) | 09/26/18 | K | A | |
| 21. | -Morgan Stanley Emerging Market Fund | A | Dividend | J | T | Sold<br>(part) | 01/08/18 | J | | |
| 22. | -Eaton Vance Tax Managed Global | A | Dividend | J | T | | | | | |
| 23. | -Eaton Vance Tax Managed | A | Dividend | K | T | | | | | |
| 24. | -Gabelli Dividend&Income Trust | A | Dividend | J | T | | | | | |
| 25. | -Gabelli Dividend&Income Trust | | | | | Sold<br>(part) | 09/26/18 | J | A | |
| 26. | -Gabelli Dividend&Income Trust | | | | | Sold<br>(part) | 12/21/18 | J | A | |
| 27. | -Blackrock Enhanced Govt. Fund | A | Dividend | J | T | | | | | |
| 28. | -Green Mountain Coffee | A | Dividend | J | T | | | | | |
| 29. | -Vanguard Divid Appr ETF | A | Dividend | | | Sold | 11/14/18 | K | A | |
| 30. | -New York Comm Bancorp | A | Dividend | J | T | | | | | |
| 31. | -Hawaiian Elec. Inds I | A | Dividend | J | T | | | | | |
| 32. | --Amgen Inc. | A | Dividend | J | T | | | | | |
| 33. | Wells Fargo Advisors #2 header | | | | | | | | | |
| 34. | -Cash sweep account | A | Interest | J | T | | | | | |

1 Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Two Harbors Invt. Corp. | A | Dividend | J | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 36. -LaSalle Bank Floating Rate | | None | K | T | | | | | |
| 37. Novartis AG Spon ADR | A | Dividend | J | T | Buy | 08/30/18 | K | | |
| 38. Wells Fargo Advisors #3 IRA header | | | | | | | | | |
| 39. -La Salle Bank floating Rate | A | Interest | K | T | | | | | |
| 40. -Aust. Currency Shres DL ETF | A | Dividend | J | T | | | | | |
| 41. -SPDR DB Intl. Govt. | | None | J | T | | | | | |
| 42. -Xerox Corp.aka Conduent, Inc. see Part VIII | A | Distribution | J | T | Buy<br>(add'l) | 07/23/18 | J | | |
| 43. -Xerox Corp | | | | | Sold<br>(part) | 07/23/18 | J | A | |
| 44. -C. SPLS 032015. | | None | J | T | | | | | |
| 45. -C SPLS 032015 | | None | J | T | | | | | |
| 46. -Hecla Mining | A | Dividend | J | T | | | | | |
| 47. -AT&T | A | Dividend | J | T | | | | | |
| 48. -Guggenheim Build Am. | A | Dividend | K | T | | | | | |
| 49. -Pfizer | A | Dividend | J | T | | | | | |
| 50. -Pfizer | A | Dividend | J | T | | | | | |
| 51. -Amgen. Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Amgen, Inc. | A | Dividend | J | T | | | | | |
| 53. | -Amgen, Inc. | A | Dividend | J | T | | | | | |
| 54. | -Starz Series A | A | Dividend | | | | | | | |
| 55. | -Guggenheim Build Am. | A | Dividend | J | T | | | | | |
| 56. | -Deere&Co. | A | Dividend | J | T | | | | | |
| 57. | -Nuveen S&P 500 Buy-Write | A | Dividend | J | T | | | | | |
| 58. | -Firstenergy Corp. | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 59. | -Google CL C Non-voting | | None | | | Sold | 12/18/18 | K | A | |
| 60. | -Hertz Global Holdings | | None | J | T | | | | | |
| 61. | -Ford Motor Co. | A | Dividend | J | T | | | | | |
| 62. | -JPMorgan Chase med. notes | A | Interest | | | Sold | 12/26/18 | J | A | |
| 63. | -Hecla Mining | A | Dividend | J | T | | | | | |
| 64. | -Hecla Mining | A | Dividend | J | T | | | | | |
| 65. | -Fitbit, Inc. CL A | A | Dividend | K | T | | | | | |
| 66. | -Hecla Mining Co. | A | Dividend | K | T | | | | | |
| 67. | -Advanced Micro Devices | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 68. | -Advanced Micro Devices | | | | | Buy (add'l) | 09/26/18 | J | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Advanced MIcro Devices | | | | | Sold (part) | 09/26/18 | K | A | |
| 70. -At&T Inc. | A | Dividend | J | T | Buy (add'l) | 09/06/18 | J | | |
| 71. -IShares MSCI ETF | A | Dividend | J | T | | | | | |
| 72. -Salesforce.com | A | Dividend | J | T | Sold (part) | 10/10/18 | J | A | |
| 73. -Alibaba Grp. | A | Dividend | J | T | Sold (part) | 11/01/18 | J | A | |
| 74. -Amazon,Inc. | A | Dividend | J | T | Buy (add'l) | 10/16/18 | J | | |
| 75. -Tupperware Corp. | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 76. -Hanesbrands, Inc. | A | Dividend | J | T | | | | | |
| 77. -Twitter, Inc. | A | Dividend | | | Sold | 02/08/18 | J | A | |
| 78. -Zagg, Inc. | A | Dividend | J | T | Buy (add'l) | 04/03/18 | J | | |
| 79. -Zagg, Inc. | | | | | Sold (part) | 07/23/18 | J | A | |
| 80. -US Treasury Inf. Indexed Notes | A | Interest | K | T | | | | | |
| 81. The ▧▧▧ Trust (see partVIII) header | | | | | | | | | |
| 82. -Toronto Dominion Bank note | A | Interest | | | Sold | 08/02/18 | K | A | |
| 83. -Goldman Sachs CD | A | Interest | | | Redeemed | 10/11/18 | J | A | |
| 84. -Morgan Stanley SR unsec. variable | A | Interest | K | T | | | | | |
| 85. -State Bank of India CD | A | Interest | | | Redeemed | 04/11/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   Wells Fargo Advisors header | | | | | | | | | |
| 87.   -Morgan Stanley Fixed to Float note | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albert, Theodor C. | 06/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Investments cont.  Items #1  Georgia Dover Educational trust are invested in Washington Mutual Investor's Fund adminstered by Learning Quest.

VII Investments cont.  Item#5:  This Wells Fargo account holds monies received as my distribution from ▮▮▮▮ Trust 05/15/2017
VII Investments cont. Item#6:  This account is the operating account for ▮▮▮▮▮ lawfirm Gaskell & Associates.  Balance fluctuates daily.

VII Investments cont. Item #81-85 : The great bulk of the ▮▮▮▮ Trust was distributed to the beneficiaries. However, a portion of the funds are still being administered at Wells Fargo Advisors by me in a joint account for benefit of ▮▮▮▮▮▮ , who was a beneficiary of the ▮▮▮▮ Trust but not quite 25 years of age.  The joint account with ▮▮ assent is now being administered for ▮▮ education although I am still on title jointly as a protective device..
VII Investments cont. Item #87 an account held jointly with ▮▮▮▮ at Wells Fargo Advisors.

Part I: Old Towne Preservation Association is a non-profit charitable/educational association dedicated to the preservation of architecutre from before 1930 in Old Towne Orange, CA. The directorship is unpaid.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodor C. Albert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544